ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
         scott.lachman@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:16-cv-00565-GMN-NJK |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ **ORDER GRANTING MOTION TO SUBSTITUTE U.S. BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE LXS 2007-16N TRUST FUND AS REAL PARTY IN INTEREST** |
| MAR-A-LAGO HOMEOWNERS ASSOCIATION; MICHAEL J. AIELLO; ABSOLUTE COLLECTION SERVICES, LLC, | |
| Defendants. | |

The matter is before the Court on plaintiff Nationstar Mortgage LLC's (**Nationstar**) motion to substitute non-party U.S. Bank, N.A. as Trustee for the Certificateholders of the LXS 2007-16N Trust (**U.S. Bank**) as the real party in interest:

43691868;2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The motion is granted as unopposed.  *See* Local Rule 7-2(d).  Accordingly,

- U.S. Bank is hereby substituted as the real party in interest as plaintiff in this matter;
- All claims, rights, and remedies previously asserted by Nationstar against defendants are assumed by U.S. Bank; and
- Nationstar's role in this matter is terminated.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: January 30, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43691868;2