# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK, N.A., as Trustee for the Certificateholders of the LXS 2007-16N Trust,

Plaintiff,

vs.

MAR-A-LAGO HOMEOWNERS ASSOCIATION, *et al.*,

Defendants.

Case No.: 2:16-cv-00565-GMN-NJK

**ORDER**

On August 13, 2018, the Court granted Mar-a-lago Homeowners Association's ("HOA's) motion to dismiss Michael J. Aiello's ("Aiello's") crossclaims. (*See* Order 13:5–8, ECF No. 44). The Court permitted Aiello to file amended crossclaims within twenty-one days of the Order's issuance. (*Id.* 13:9–10). The Court further stated that "[f]ailure to file amended crossclaims [within twenty-one days] shall result in dismissal of Aiello's crossclaims with prejudice." (*Id.* 13:10–12). To date, Aiello has not filed any amendment to his crossclaims and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Aiello's crossclaims, (*see* Answer 14:19–18:8, ECF No. 19), are **DISMISSED with prejudice**.

The clerk of court is instructed to close the case.

Dated this __27__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Page 1 of 1